Steve SMITH and Jill Smith, Appellants,

v.

Matthew T. PARKER and, Virginia T. Parker, Respondents.

No. ED 75946.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 8, 2000.

Alan G. Kimbrell, St. Louis, for appellants.

Randall D. Sherman, Darrell E. Missey, Wegmann, Gasaway, Stewart, Schneider, Dieffenbach, Tesrequ & Sherman, P.C., Hillsboro, for respondents.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

*ORDER*

PER CURIAM.

This is an appeal from an order granting a new trial. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the

facts and reasons for this order. The order is affirmed pursuant to Rule 84.16(b).